UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALEXEI SILVA NUEVO,                                          :
                                                         :
       Plaintiff,         :     **ECF CASE**
                                                         :
       v.                  :
                                                         :     08 Civ. 4977 (BSJ)
ANDREA QUARANTILLO, et al.                                   :
                                                         :
       Defendants.         :     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        June 4, 2008

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York

            By:   /s/
                      NATASHA OELTJEN
                      Assistant United States Attorney
                      86 Chambers Street, 3rd Floor
                      New York, New York 10007
                      Telephone: (212) 637-2769
                      Facsimile: (212) 637-2786
                      Email: natalia.oeltjen@usdoj.gov

TO:    Thomas E. Moseley
        One Gateway Center, Suite 2600
        Newark, NJ 07102