**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXEI SILVA NUEVO,

                Plaintiff,

- against -

ANDREA QUARANTILLO, District Director;
UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES,

                Defendants.

Docket No. 08 Civ. 4977 (BSJ)
A47-064-345

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
July 22, 2008

THOMAS E. MOSELEY
Attorney for Petitioner

*/s/ Thomas E. Moseley*

Thomas E. Moseley, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.   (973) 622-8176
Fax   (973) 645-9193

New York, New York
July 24, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

*/s/ Natasha Oeltjen*

Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2769
Fax   (212) 637-2786

SO ORDERED:

*/s/ Barbara S. Jones*

Hon. Barbara S. Jones
United States District Judge
7/28/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```